Patrick MCDERMOTT, Appellant,

v.

## DIVISION OF EMPLOYMENT SECURITY, Respondent.

### WD 79645

Missouri Court of Appeals, Western District.

ORDER FILED: January 17, 2017

Motion for Rehearing and/or Transfer to Supreme Court Denied February 28, 2017

Patrick McDermott, Columbia, MO, Appellant Acting Pro Se

Larry Ruhmann, Jefferson City, MO, Counsel for Respondent

Before Division Three: Alok Ahuja, P.J., Victor C. Howard, and James Edward Welsh, JJ.

## ORDER

Per Curiam:

Patrick McDermott appeals the Labor and Industrial Relations Commission's decision denying his claim for unemployment benefits. We affirm the decision of the Commission. Rule 84.16(b).